UNITED STATES DISTRICT COURT
DISTRICT OF MONTANA
BILLINGS DIVISION

_____

| | |
|---|---|
| BERNARD FITZPATRICK, | JUDGMENT IN A CIVIL CASE |
| Petitioner, | Case No. CV 18-17-BLG-SPW |
| vs. | |
| JAMES SALMONSON, | |
| Respondent. | |

_____

      **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

** X **    **Decision by Court.** This action came before the Court for bench trial, hearing, or determination on the record. A decision has been rendered.

      IT IS ORDERED AND ADJUDGED that this action is DISMISSED WITHOUT PREJUDICE.

      Dated this 17th day of April, 2018.

                            TYLER P. GILMAN, CLERK

                            By: /s/ T. Gesh
                            T. Gesh, Deputy Clerk